Submitted on record and briefs December 19, 2000, appeal dismissed as moot
January 17, 2001

## FORREST R. WOOD,
*Appellant,*

*v.*

## Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

## (990530554M; CA A108777)

16 P3d 524

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

Steven M. Stoddard filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Kathleen Cegla, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Appeal dismissed as moot. *Pham v. Thompson*, 156 Or App 440, 965 P2d 482 (1998), *rev den* 328 Or 246 (1999).